FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 21 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>**ERIC WOLF,**<br><br>   Defendant. | CRIMINAL NO. 14-1772 MV<br><br>Count 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(2): Felon in Possession of a Firearm;<br><br>Count 2: 18 U.S.C. §§ 922(g)(1) and 924(a)(2): Felon in Possession of a Firearm and Ammunition;<br><br>Count 3: 18 U.S.C. §§ 922(g)(1) and 924(a)(2): Felon in Possession of a Firearm;<br><br>Count 4: 18 U.S.C. §§ 922(j) and 924(a)(2): Possession of Stolen Firearms. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about January 8, 2014, in Bernalillo County in the District of New Mexico, the defendant, **ERIC WOLF**, a person having been convicted of the following felony crimes punishable by imprisonment for a term exceeding one year:

 (1) forgery,

 (2) receiving or transferring a stolen vehicle,

 (3) possession of a controlled substance,

 (4) theft of identity,

 (5) conspiracy to commit theft of credit card,

 (6) conspiracy to commit arson, and

 (7) burglary,

knowingly possessed, in and affecting commerce, a firearm:

 (1) a Springfield Armory model XD-40, .40 caliber semiautomatic pistol, serial number US241627.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Count 2

On or about January 8, 2014, in Bernalillo County in the District of New Mexico, the defendant, **ERIC WOLF**, a person having been convicted of the following felony crimes punishable by imprisonment for a term exceeding one year:

 (1) forgery,

 (2) receiving or transferring a stolen vehicle,

 (3) possession of a controlled substance,

 (4) theft of identity,

 (5) conspiracy to commit theft of credit card,

 (6) conspiracy to commit arson, and

 (7) burglary,

knowingly possessed, in and affecting commerce, a firearm and ammunition:

 (1) a Mossberg, model 550AL, 12 gauge shotgun, serial number H291582; and

 (2) five cartridges of Winchester 12 gauge ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count 3

On or about January 8, 2014, in Bernalillo County in the District of New Mexico, the defendant, **ERIC WOLF**, a person having been convicted of the following felony crimes punishable by imprisonment for a term exceeding one year:

    (1) forgery,

    (2) receiving or transferring a stolen vehicle,

    (3) possession of a controlled substance,

    (4) theft of identity,

    (5) conspiracy to commit theft of credit card,

    (6) conspiracy to commit arson, and

    (7) burglary,

knowingly possessed, in and affecting commerce, firearms:

    (1) a Mossberg, model 550AL, 12 gauge shotgun, serial number H291582,

    (2) a Marlin model 1894, .44 caliber rifle, serial number 22099460,

    (3) a Harrington and Richardson, Topper model 58, 20 gauge shotgun, serial number AR203563,

    (4) a Marlin model 882. .22 caliber rifle, serial number 10681545,

    (5) a Mossberg, model 500A, .12 gauge rifle, serial number P252136, and

    (6) a Enfield, model 303-B-England, .303 caliber rifle, serial number AN11998.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count 4

On or about December 13, 2013, through January 8, 2014, in Bernalillo County in the District of New Mexico, the defendant, **ERIC WOLF**, knowingly possessed stolen firearms, which had been shipped or transported in interstate commerce, before being stolen, knowing and having reasonable cause to believe that the firearms were stolen, to wit:

(1) a Marlin model 1894, .44 caliber rifle, serial number 22099460,

(2) a Harrington and Richardson, Topper model 58, 20 gauge shotgun, serial number AR203563,

(3) a Marlin model 882. .22 caliber rifle, serial number 10681545,

(4) a Mossberg, model 500A, .12 gauge rifle, serial number P252136, and

(5) a Enfield, model 303-B-England, .303 caliber rifle, serial number AN11998.

In violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
05/21/14 10:12AM

4